**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1435**

---

JAN Z. TEMPLE, Ph.D.,

Plaintiff - Appellant,

versus

MEDICAL UNIVERSITY OF SOUTH CAROLINA, a State
Agency,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge.
(CA-02-2104-18BG-2)

---

Submitted: March 24, 2005          Decided: March 29, 2005

---

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Francis T. Draine, Columbia, South Carolina, for Appellant.
Stephen L. Brown, Matthew K. Mahoney, Carol B. Ervin, YOUNG CLEMENT
RIVERS, L.L.P., Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jan Z. Temple, Ph.D., appeals the district court's orders dismissing her civil action, denying her motion for leave to amend her complaint, and denying relief on her Fed. R. Civ. P. 59(e) motion. We have reviewed the record and the district court's orders and find no reversible error. We affirm the district court's dismissal of Temple's complaint, and its denial of her motion to amend, on the reasoning of the district court. See Temple v. Medical Univ. of South Carolina, No. CA-02-2104-18BG-2 (D.S.C. Dec. 12, 2003; Feb. 9, 2004). In addition, we find that the district court's denials of Temple's Rule 59(e) motions were not an abuse of discretion. Temkin v. Frederick County Comm'rs, 945 F.2d 716, 724 (4th Cir. 1991). See Temple v. Medical Univ. of South Carolina, No. CA-02-2104-18BG-2 (D.S.C. Dec. 12, 2003; Mar. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED